AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRADLEY SCOTT HELTON | ) | Case No. |
| | ) | 5:20-mj-5243 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 16, 2020 and May 16, 2020 in the county of Madison in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2251(a) | Knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct to produce any visual depiction of such conduct, knowing or having reason to know that such visual depictions would be transported using any means or facility of interstate or foreign commerce or was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce |

This criminal complaint is based on these facts:

See attached Affidavit of SA James F. Bugg

☑ Continued on the attached sheet.

**Signed remotely per FRCP 4.1.  See addendum.**
*Complainant's signature*

James F. Bugg, SA Homeland Security Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/01/2020

*Judge's signature*

City and state: Lexington, Kentucky

Matthew A. Stinnett, US Magistrate Judge
*Printed name and title*