**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, James F. Bugg, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since 2019. From November 2008 until 2019, I was a Deportation Officer with Immigration and Customs Enforcement, where I served as the criminal prosecutions officer for the Violent Criminal Alien Section (VCAS) and as a Task Force Officer (TFO) with the United States Marshals Service (USMS). I am currently assigned to the Resident Agent in Charge (RAC) Northern Kentucky Office. My responsibilities as a Special Agent involve investigating crimes involving a wide range of criminal activities to include the sexual exploitation of children. I have received training in the investigation of child exploitation offenses, and I have conducted and assisted in numerous child exploitation investigations. I have executed many search warrants that have led to the seizure of child pornography. I am also responsible for enforcing federal criminal statutes involving immigration and customs violations.

2. In the course of my duties as a Special Agent, I have participated in the investigation of Bradley S. HELTON (hereinafter referred to as "HELTON"). The information in this affidavit is based on my personal knowledge as well as information obtained from witnesses, including law enforcement officers.

3. Based on the information set forth herein, your Affiant submits that there is probable cause to believe that HELTON has violated Title 18, United States Code, Section 2251 ("Production of Child Pornography"). This affidavit is intended to show only that there is sufficient probable cause for the requested warrant, and therefore, this affidavit does not contain

all of the information known to me and other law enforcement officers involved in this investigation.

## STATUTORY AUTHORITY

4.     Section 2251(a) makes it unlawful for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or for the purpose of transmitting a live visual depiction of such conduct.

5.     Section 2256 defines "sexually explicit conduct" to include "sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; . . . or lascivious exhibition of the anus, genitals, or pubic area of any person."

## PROBABLE CAUSE

6.     On June 1, 2020, McAllen, TX Police Department (MPD) Investigator assigned as a HSI Task Force Officer (TFO), Luis Espinoza, advised HSI Special Agent (SA) Alberto Rosa that MPD Investigator Crystal Ganderia had a child exploitation case referral for SA Rosa regarding a suspect exchanging nude images with a seven (7) year old female child and that the suspect was possibly from the state of Kentucky.

7.     On June 4, 2020, at approximately 9:00 AM, SA Rosa met with Investigator Ganderia at the MPD station, located at 1601 N. Bicentennial Blvd., McAllen, TX 78501.

Investigator Ganderia briefed the following to SA Rosa: On May 17, 2020, A███ M███ went to the MPD station to report that her seven (7) year old daughter (MPD pseudonym name assigned as Mary Smith and your affiant assigned pseudonym name Minor A) exchanged nude images with a person calling himself "Brad", last name unknown (LNU) via text messages. Ms. M███ reported that she had recently bought Smith a new iPhone 11. Ms. M███ reported that she checked her daughter's new cell phone and found that Smith was texting the following number: ███████████ ("Brad" LNU's phone number) at 3:54 AM (Smith texted "Brad" LNU on May 17, 2020). Investigator Ganderia stated that the phone number ███████████ came back to a Kentucky address.

8. Investigator Ganderia stated that MPD seized the iPhone 11 and received a consent to search the iPhone 11 from Ms. M███. Investigator Ganderia conducted a search of Smith's iPhone 11 and found the following: "Brad" LNU reached out to Smith first. "Brad" LNU identified himself as "Brad" in a text message to Smith. "Brad" LNU asked Smith if she wanted to see a photo of him, which Smith responded with a "yes", "a sexy one". "Brad" LNU responded by stating that he had "good" photos or "dirty naked" photos, and asked Smith which one she wanted, which Smith responded with naked photos. "Brad" LNU then stated " you show me yours first and then I'll show you two or three," and Smith responded by sending several photos to "Brad" LNU, with at least one photo of her face and body, in which the viewer can clearly tell it's a minor, and at least one photo of her genitalia. "Brad" LNU sent Smith at least one photo and one video of an adult male's penis. "Brad" LNU also sent Smith a photo of what appears to be an adult female performing oral sex on an adult male's penis and tells Smith that the female is his ten (10) year old sister. "Brad" LNU requested that Smith send him a video of Smith performing a sexual act with

an object. Smith then sent a video of herself imitating sexual intercourse with a teddy bear. Smith also sent a video of her attempting to insert a red toothbrush into her vagina.

9. Investigator Ganderia stated that while reviewing Smith's iPhone 11, she found a phone application with the name of "Kiss Kiss", but it is unknown if Smith posted her phone number in that application.

10. On May 26, 2020, Investigator Ganderia stated that Smith was interviewed by a Forensic Interviewer (FI) at Hidalgo County Children's Advocacy Center (CAC) located at 525 Wisconsin Rd, Edinburg, TX 78539. Investigator Ganderia stated that Smith confirmed the person who sent the text messages identified himself as "Brad". Investigator Ganderia stated that Smith confirmed receiving images of an adult male's genitalia from "Brad" LNU. Smith also confirmed receiving video(s) depicting sexual intercourse from "Brad" LNU and that "Brad" LNU stated that a female performing oral sex was his ten (10) year old "sister". Smith also confirmed that "Brad" LNU requested that Smith send him a video of Smith performing a sexual act with an object, in which Smith sent a video of herself imitating sexual intercourse with a teddy bear and a video of herself attempting to insert a red toothbrush into her vagina.

11. Investigator Ganderia gave SA Rosa documents related to the case, which included the Offense Report, Investigator Ganderia's Supplement Report, Pseudonym form, a copy of the Walmart receipt for the iPhone 11, and other internal MPD forms.

12. On June 17, 2020, HSI Special Agent (SA) Alberto Rosa submitted Customs Summons ICE-HSI-MC-2020-0153 via email to AT&T. The summons sought subscriber information regarding phone number ▬▬▬. On June 18, 2020, SA Rosa received a response from AT&T, which included the following information regarding phone number ▬▬▬: Contact Home Phone: ▬▬▬   Contact Work Phone: ▬▬▬   MSISDN:

▇▇▇▇▇▇ MSISDN Active: 02/24/2020 – Current Name: BRADLEY HELTON User Address: ▇▇▇▇▇▇ Service Start Date: 02/24/2020. Payment Type: Prepaid, Contact Name: BRADLEY HELTON, Contact Home Email: ▇▇▇▇▇▇

13. SA Rosa conducted an open source check on phone number ▇▇▇▇▇▇ and found the number belonged to the company Bandwidth. On June 22, 2020, SA Rosa sent Bandwidth an email inquiring about phone number ▇▇▇▇▇▇. SA Rosa received a response on the same date from Bandwidth stating that the telephone number in his request is, or was, on the Bandwidth network and assigned to the wholesale customer TextNow, Inc. A subpoena was issued to Charter for phone number ▇▇▇▇▇▇. The return included the subscriber name to be Timothy COLLINS at ▇▇▇▇▇▇. HELTON later disclosed to SA Bugg that COLLINS was his cousin.

14. In July of 2020, SA Rosa contacted your affiant to join the HELTON investigation as the HSI representative in Kentucky. Your affiant accepted a collateral case request and informed the Kentucky ICAC Task Force about HELTON and the current investigation.

15. Your affiant and the Kentucky ICAC Task Force took steps to attempt to locate HELTON including local intelligence and information from KY-Net Workforce Development (WAGES). WAGES indicated that ▇▇▇▇▇▇ (wife of HELTON) was receiving unemployment benefits at ▇▇▇▇▇▇. Members of the Kentucky ICAC Task Force conducted surveillance at ▇▇▇▇▇▇ and obtained a physical description of the residence.

16. During the execution of the state search warrant at the ▇▇▇▇▇▇ (herein known as the TARGET RESIDENCE), KSP and HSI encountered

HELTON. KSP Detective W. A. Gatson asked HELTON if he would like to speak to investigators in private and HELTON stated that he would. KSP Detective (Det.) W. A. Gatson and HSI Special Agent (SA) J. Bugg interviewed HELTON in a Chevrolet Tahoe parked near the TARGET RESIDENCE.

17. At approximately 3:27 PM. Detective Gatson read HELTON a statement of Miranda rights, after which HELTON waived his rights in writing and agreed to speak to Det. Gatson and SA Bugg.

18. HELTON stated to investigators he knew "why you guys are here." HELTON stated that on approximately July 4th, 2020 time frame, he downloaded a cell phone application called "Spin the Bottle, Kissing Game" to his LG Phoenix 4 (Android) cell phone, which HELTON possessed at the time of the interview.

19. HELTON described "Spin the Bottle, Kissing Game" as a flirting application. HELTON stated that he was able to message other "Spin the Bottle, Kissing Game" users via the application. HELTON stated that a user can choose an avatar (an image that is used to represent a person in the virtual world of the Internet and computers.) HELTON stated users are then connected to people of the opposite sex, which they can then choose to write each other via the application. HELTON stated he did not know any of the users in the application. HELTON stated the game connected him to a female (referring to the victim), who's username was "something 7." HELTON stated he did not remember his username on "Spin the Bottle, Kissing Game."

20. The application found on Minor A's phone was called "Kiss Kiss: Spin the Bottle." The application features include a "spin the bottle" game. The description on the "Kiss Kiss: Spin the Bottle" application states "Chat and flirt with people you like..." The application allows users to enter as a guest or log in using Facebook. The application has a screen where users select a

gender. The application asks for a user's name and age. The application also allows users to upload a photo. The application assigns members a username.

21.     HELTON stated he had to register on "Spin the Bottle, Kissing Game" with possibly an email or phone number. HELTON stated he possibly used one of the following emails to register to the "Spin the Bottle, Kissing Game" application: ▉▉▉▉▉▉▉▉▉▉ or ▉▉▉▉▉▉▉▉▉▉. HELTON stated his phone number is ▉▉▉▉▉▉. HELTON stated he had sole possession of his phone (LG Phoenix 4) and has owned the phone since approximately February 2020.  HELTON stated he does not lend his phone to anyone and his phone is passcode protected.

22.     HELTON stated he initiated contact with Minor A on the "Spin the Bottle, Kissing Game" application. HELTON stated he exchanged phone numbers with the Minor A on the "Spin the Bottle, Kissing Game" application. HELTON stated he used his LG Phoenix 4 (phone number ▉▉▉▉▉▉) to text Minor A. HELTON stated that he texted Minor A first.

23.     HELTON stated Minor A told him that she was seven (7) years old, but that he's been on other applications where people "lie about their age." HELTON stated he believed the girl was lying about her age but sent the girl a "dick pic" (image of his genitals). HELTON stated the "dick pic" photo he sent to Minor A was an older photo of himself.

24.     HELTON stated Minor A sent him an image of a nude "little girl" sitting by a teddy bear. HELTON stated the photo looked fake to him. HELTON stated he asked Minor A to send a photo of her "doing something to [her]self." HELTON stated that he also requested a photo of Minor A "playing with her pussy." HELTON stated Minor A sent him a video of herself with a toothbrush (referring to video where victim is holding a red toothbrush to her genitalia). HELTON stated that was "too much" and uninstalled the application at that point.

25. HELTON stated that approximately a week later, he showed his friend, Brandon Langhart, from Middletown, OH, the image(s) of the victim. HELTON stated that Mr. Langhart advised HELTON to delete the images.

26. HELTON stated that the conversation with Minor A was conducted in one day (HELTON did not remember the time of the day the conversation took place). HELTON stated he texted Minor A "hey" a few days later.

27. HELTON stated he was residing at the TARGET RESIDENCE at the time of the exchange of text messages with Minor A.

28. HELTON stated he saved Minor A's images/videos on his cell phone's gallery in order to report the incident but didn't know how to report it. HELTON stated he kept the text messages between himself and Minor A. HELTON stated he had Minor A's phone number saved on his phone as (Minor A's first name)7.

29. HELTON denied knowing or ever meeting with Minor A. HELTON denied possessing any other child pornography. HELTON denied saving Minor A's images/videos on any other device. HELTON admitted to committing some mistakes, such as saving Minor A's images to his phone and asking for a nude photo when a person discloses they are seven (7) years of age.

30. HELTON stated he has resided in the TARGET RESIDENCE with his wife since March or April 2020. HELTON stated that prior to residing at TARGET RESIDENCE, he was residing at the Econolodge Hotel.

## CONCLUSION

31.  Based on the facts set forth in this affidavit and my training and experience, I submit that there is probable cause to believe that HELTON committed a violation of federal law, specifically, violation of Title 18, United States Code, Section 2251(a).  On or about May 16, 2020, and continuing through May 17, 2020, in Madison County, in the Eastern District of Kentucky, and elsewhere, HELTON, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

**Signed remotely per FRCP 4.1.  See addendum.**

Special Agent James F. Bugg
Department of Homeland Security- Homeland Security Investigations

Sworn to before me this  1st  day of October, 2020.

Matthew A. Stinnett
United States Magistrate Judge