*Rule 4.1 Addendum*

Per Rule 41(d)(3) and Rule 4.1, the Court processed the complaint remotely. The Court verified the Affiant's identity (through Affiant self-identification and by personal knowledge). Affiant simply attested to the affidavit and application, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original complaint and transmitted same to the Applicant and the AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.

_____
Hon. Matthew A. Stinnett
United States Magistrate Judge


Date and Time: **1:58 PM, Oct 1, 2020**