# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

Eastern District of Kentucky
F I L E D

NOV 0 5 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 5:20-CR.122-GFVT
**18 U.S.C. § 2251(a)**

**BRADLEY SCOTT HELTON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 16, 2020 and continuing through May 17, 2020, in Madison County, in the Eastern District of Kentucky,

### BRADLEY SCOTT HELTON

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

### FORFEITURE ALLEGATION
#### 18 U.S.C. § 2253

By virtue of the commission of the offense alleged in this Indictment, any and all interest **BRADLEY SCOTT HELTON** has in the following property:

## COMPUTER AND ASSOCIATED EQUIPMENT:

1. LG Phoenix 4 Android cell phone, IMEI Number 355437-10-872487-8,

is vested in the United States and hereby forfeited to the United States pursuant to

18 U.S.C. § 2253.

**A TRUE BILL**

**FOREPERSON**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**PLUS:**            Forfeiture of all listed property.

**PLUS:**            Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. § 2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. § 2252(a)(4) or § 2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by § 2259(c)(3), which includes offenses under 18 U.S.C. §§ 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. § 2259(c)(1), which includes offenses under 18 U.S.C. § 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**            Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.